83

The State of Texas to Miguel Saens. Patent.
No. 157 In the name of the State of Texas_____ Vol. 13.
To all to whom these presents shall c me know
ye, I, E. M. Pease Governor of the State aforesaid
by virtue of the power vested in me by law
and in accordance with the laws of said
State, in such case made and provided do
by these presents grant to Miguel Saens, his
heirs or assigns forever, One Porcion con-
taining 34,150.000 square varas of Land
situated and described as follows, In
Starr County on the Rio Grande about 1 1/2
mies from Roma and about 11 miles
above Rio Grande City known as Porcion
No. 73, in accordance with "An Act to relin-
quish the right of the State to certain lands
therein named" Approved February 10th
1852, being confirmation No. 53 for the County
of Starr. Beginning at a post on the E.
bank of the Rio Grande, the S. W. corner of
Porcion No. 74 from which an ebony bears
S. 62 1/2° E. 20 varas a mesquit bears N.
12° W. 54 varas Thence N. 9 1/4° E. 24650
varas a post the N. E. corner of this survey
Thence N. 80¾° W. 1366 varas a post the N.
W. corner of this survey. Thence S. 9 1/4° W.
25350 varas, a post on the bank of said
river, from which a Hackberry bears
N. 46° W. 23 varas another bears S. 38° W.
18 varas, Thence N. 70 1/4° E. down the river
1534 varas, the place of beginning, bearings
marked X X. Hereby relinquishing to him the
said Miguel Saens, and his heirs or assigns
forever all the right and title, in and to said
land heretofore held and possessed by the
said State, And I do hereby issue this letter
patent for the same. In testimony whereof
I have caused the seal of the State to be af-
fixed as well as the seal of the General Land
Office. Done at the City of Austin on the Twenty fifth
day of August, In the year of our Lord One
thousand eight hundred and fifty six.
S. Crosby                                    E. M. Pease
Commissioner of the Gl. Ld Office (L.S.)      Governor (L.S.)

GOVERNMENT EXHIBIT 1

Filed for record December 7th 1887 at 11 o'clock A. M.
and recorded December 7th 1887 at 12 o'clock M.

      Ernest Marks
     Clk. Co. Ct. Starr Co. Texas.
    By Robert Langley Deputy.

84

The State of Texas to Florencio Gonzales et al Patent.
No. 677. In the name of the State of Texas, Vol. 11.-
To all to whom these presents shall come Know-
ye, I, H. R. Runnels, Governor of the State aforesaid
by virtue of the power, vested in me by law and
in accrodance with the Laws of said State,
in such case made and provided do by
these presents grant to the Heirs and
legal assigns of Florencio Gonzales, their
heirs or assigns forever, one porcion or
Thirty four $\overline{1,000,000}^{150000}$ Labors of land situated and
described as follows:- in Starr County about
2 1/2 miles below Roma and about 10 miles
above Rio Grande City; known as Porcion
No. 75 Mier, by virtue of "An Act to relinquish
the right of the State to certain lands there-
in named" approved February 10th 1852; being
confirmation No. 53 for the County of Starr.-
Beginning at a post on the bank of the Rio
Grande for the S. E. corner of this Porcion and
S. W. corner of No. 76; from which a mesqt.
mkd, brs. N. $75\frac{1}{4}$ W. 15 brs. another brs. N. $15°$ W.
10 varas___Thence North 9 1/4° E. 2970 varas, Big
road from Roma to Rio Grande City 25300
varas passed the N. W. corner of No. 76- 25425
varas to a post in thicket for the N. E. corner
Thence North $80\frac{3}{4}°$ W. 1366 varas to a post on the
E. line of No. 74 for the N. W. corner of this survey
__Thence South 9 1/4° W. 22395 varas to Big
Road from Roma to Rio Grande City, 24575
varas to a post on the bank of the River for
the S. W. corner of this survey and S. E. corner
of No. 74 from which a mesquite brs S. 38°
E. $10\frac{1}{2}$ varas, and another brs. S. 10° 12 varas
Thence down the river South 49° E 1608
varas to the place of beginning. Hereby
relinquishing to them the said Hrs. and legal
assigns of Florencio Gonzales and their
heirs or assigns forever all the right and