

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

600 E. Harrison, Suite 201     Phone (956) 548-2554
Brownsville, Texas 78520-5106     Fax    (956)548-2776

July 15, 2020

<u>*Via CM/RRR: 7000-1530-0005-0682-9787*</u>
Cindy Garcia c/o Heather Bell, Ford & Bergner, LLP
700 Louisiana St., Fl. 48
Houston, TX 77002

      **RE:**    Civil No. Civil No. 7:08-cv-061; *United States of America v. 26.744 Acres of Land, more or less, situate in Starr County, State of Texas; and Anabell G. Garcia, et al.*

Dear Cindy Garcia c/o Heather Bell, Ford & Bergner, LLP,

    In connection with the above referenced matter, enclosed herewith please find a copy of the following:

- Order resetting just compensation hearing and setting a status conference (Dkt. #116)
    - New setting is **August 31, 2020 at 9:00 a.m.**

    This document is for your records. If you have any questions, please do not hesitate to contact me at (956) 983-6026.

                          Sincerely,

                          **RYAN K. PATRICK**
                          United States Attorney
                          Southern District of Texas

           By:   <u>*s/ Flora M. Gomez*</u>
                          **FLORA M. GOMEZ**, *Paralegal for*
                          **CHRISTOPHER D. PINEDA,**
                          Assistant United States Attorney

/fmg
Enclosure



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cindy Garcia c/o Heather Bell
Ford & Bergner
700 Louisiana St., Fl. 48
Houston, TX 77002

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*

B. Date of Delivery
7/20/20

C. Signature
X Covid-19
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Copy from service label)*
7000 1530 0005 0682 9787

PS Form 3811, July 1999         Domestic Return Receipt         102595-00-M-0952



- Sender: Please print your name, address, and ZIP+4 in this box •

United States Attorney's Office
Attention: **Flora Gomez**
600 E. Harrison St., Suite 201
Brownsville, Texas 78520

M08-061    Dkt # 116

Case 7:08-cv-00061 Document 122-1 Filed on 08/31/20 in TXSD Page 4 of 5
Case 7:08-cv-00061 Document 116 Filed on 06/29/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:08-CV-61 |
| | § | |
| 26.744 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# **ORDER**

The Court now considers the June 5, 2020 status report[1] filed by the United States of America ("United States"). Therein, the United States informs the Court that as to the fee simple taking of Tract RGV-RGC-1045, one party has yet to agree to the proposed just compensation amount.[2] The United States has not received clarification from this party as to whether she agrees or disagrees with just compensation in this case.[3] On this basis, the United States requests that the Court set a just compensation hearing "in the next 45 to 60 days" to allow the parties time to settle the issue of just compensation or alternatively, prepare for the hearing.[4] As to the revestment of the road easements involved in the instant case, the United States provides that it is in the process of receiving approval from each party in order to file a joint stipulation for partial revestment and proposed final judgment.[5]

In light of this, the Court hereby **ORDERS** the parties to appear for a just compensation hearing on **Monday, August 31, 2020 at 9:00 a.m.**

---

[1] Dkt. No. 114.
[2] *Id.* at 3, ¶¶ 7–9.
[3] *See id.*
[4] *Id.* ¶ 9.
[5] *Id.* at 4, ¶ 12.

The Court further **ORDERS** the parties to appear for a status conference on **Monday, August 31, 2020 at 9:00 a.m.** to update the Court on the status of revestment. The Court **ORDERS** the parties to file a status report in preparation for the status conference by **Friday, August 21, 2020**. Alternatively, the parties may file a joint stipulation for partial revestment and proposed final judgment by **Friday, August 21, 2020**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 29th day of June, 2020.

_____
Micaela Alvarez
United States District Judge