United States District Court
Southern District of Texas
**ENTERED**
August 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 7:08-cv-00061 | |
| 26.744 ACRES OF LAND, MORE OR § | |
| LESS, STARR COUNTY, TEXAS, et al., § | |
| § | |
| Defendants. § | |
| § | |

# ORDER

The Court now considers the "Stipulation for Revestment and Request for Final Judgment"[1] entered by Plaintiff, the United States of America ("United States"), and Defendants, (1) Jennifer Vasquez, Receiver of Anabell G. Garcia, (2) City of Roma, Texas, (3) Jose Carlos Saenz, (4) Maria Albina Saenz Gonzalez, (5) Juan Carlos Saenz (6) Veronica Marquez Saenz, (7) Fernando Escobar, (8) Annette G. Ramirez, and (9) Alyssa Garza (collectively, "Signing Defendants"), in the above-styled condemnation action. Defendant Cindy Garcia, Administrator of the Estate of Marco A. Garcia, did not sign the stipulation. However, in a separately filed "Certificate of Conference," the United States provides that Cindy Garcia is "unopposed to the proposed stipulation and final judgment in order to effectuate the revestment," but that she was not comfortable signing any documents with the United States.[2] The Court thus construes the parties' stipulation as a motion for entry of order. Because the only non-signing party is unopposed the stipulation and the entry of final

---

[1] Dkt. No. 118.
[2] Dkt. No. 119.

judgment in this case, the Court thus **GRANTS** the parties' motion and enters a separate final judgment pursuant to the parties' stipulation.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 12th day of August 2021.

                                                               Micaela Alvarez
                                                  United States District Judge